AMERICAN SILICON TECHNOLOGIES, ELKEM METALS COMPANY, GLOBE METALLURGICAL, INC. AND SKW METALS & ALLOYS, INC., Plaintiffs, v. UNITED STATES Defendant, and COMPANHIA BRASILEIRA CARBURETO DE CALCIO, COMPANHIA FERROLIGAS MINAS GERIAS-MINASLIGAS and RIMA INDUSTRIAL S/A, Defendant-Intervenors.

Consolidated Court No. 97–02–00267

## JUDGMENT

MUSGRAVE, *Senior Judge*: Upon review of *Silicon Metal From Brazil: Final Results of Redetermination Pursuant to Court Remand* (Dec. 15, 2003) (*"Remand Results"*) and consideration of the comments submitted by the parties, it is hereby

ORDERED that, as the *Remand Results* are consistent with the Federal Circuit's decision, *American Silicon Technologies v. United States*, 334 F.3d 1033 (Fed. Cir. 2003), the *Remand Results* are sustained in their entirety; and it is further

ORDERED that, all issues having been decided, judgment for the Defendant is entered in this action.